No. 97–5955.  VASQUEZ *v.* BEXAR COUNTY ADULT DETENTION CENTER.  C. A. 5th Cir.  Certiorari denied. ▮

No. 97–5958.  EFFINGER *v.* KENTUCKY.  Sup. Ct. Ky.  Certiorari denied. ▮

No. 97–5959.  HENNESS *v.* OHIO.  Sup. Ct. Ohio.  Certiorari denied. ▮

No. 97–5960.  GREEN *v.* OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 97–5961.  FORD *v.* PHILADELPHIA FEDERAL CREDIT UNION.  C. A. 3d Cir.  Certiorari denied. ▮

No. 97–5963.  HARRIS *v.* WHITE, WARDEN.  C. A. 9th Cir.  Certiorari denied. ▮

No. 97–5964.  DYMITS *v.* SAN MATEO COUNTY MUNICIPAL COURT.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 97–5969.  CEJA *v.* STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTION, ET AL.  C. A. 9th Cir.  Certiorari denied. ▮

No. 97–5974.  WEINREICH *v.* LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY.  C. A. 9th Cir.  Certiorari denied. ▮

No. 97–5978.  ERDMAN *v.* MICHIGAN.  C. A. 6th Cir.  Certiorari denied.

No. 97–5980.  ERTELT *v.* NORTH DAKOTA.  Sup. Ct. N. D.  Certiorari denied. ▮

No. 97–5985.  OLANREWAJU *v.* IMMIGRATION AND NATURALIZATION SERVICE ET AL.  C. A. 11th Cir.  Certiorari denied. ▮

No. 97–5989.  MARTINEZ ET AL. *v.* SIMKINS ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 97–5992.  McMURTREY *v.* ARIZONA.  Super. Ct. Ariz., Pima County.  Certiorari denied.